UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-MJ-02132

UNITED STATES OF AMERICA,

v.

ALFRED DAVIS

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW __Khurrum Wahid, Esq.__ and files this temporary appearance as counsel for the above-named defendant at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Signature _[signature]_

Date: 1/24/2024

Counsel's Name (Printed) Khurrum Wahid

Florida Bar Number (Required) 178764

Address 2103 Coral Way Suite 401, Miami FL

Zip Code: 33145

Telephone ( 305 ) 444 - 4303