# MINUTE ORDER

Page 2

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor     Date: 1/24/24     Time: 1:30 p.m.

Defendant: **Alfred Lenoris Davis**     J#: **70485-004**     Case #: **24-MJ-02132-BECERRA(SEALED)**

AUSA: Marc Anton     Attorney: Khurrum Wahid (temp)

Violation: USE OF COUNTERFEIT ACCESS DEVICE     Surr/Arrest Date: 1/23/24     YOB: 1974

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ○ Yes  ○ No     Recommended Bond:

Bond Set at: Stip $50K PSB     Co-signed by:

[x] Surrender and/or do not obtain passports/travel docs     Language: English

[x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

[ ] Random urine testing by Pretrial Services
Treatment as deemed necessary

[ ] Refrain from excessive use of alcohol

[ ] Participate in mental health assessment & treatment

[ ] Maintain or seek full-time employment/education

[ ] No contact with victims/witnesses, except through counsel

[x] No firearms

[x] Not to encumber property — allowed to lien property for purpose of counsel

[ ] May not visit transportation establishments

[ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

[ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment

[ ] Travel extended to: Not to be employed w/ access to C.C. + PI's of others
[ ] Other:

Disposition:
Defendant sworn
advised of rights + charges
Case unsealed

Mr. Wahid executed a Notice of temporary appearance in Court

Defendant released

Brady order given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:

(Report RE Counsel):
PTD/Bond Hearing:     2/14/24  10am  Duty  Miami
(Prelim/Arraign) or Removal:
Status Conference RE:

D.A.R. 13:43:58 / 13:54:38     Time in Court: 7 mins

s/Melissa Damian     Magistrate Judge