# MINUTE ORDER

Page 2

## Chief Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 2/14/2024    Time: 1:30 p.m.

| | |
|---|---|
| Defendant: Alfredo Lenoris Davis | J#: BOND    Case #: 24-20051-CR-MARTINEZ |
| AUSA: Marc Chattah | Attorney: Zeljka Bozanic (PERM) |
| Violation: Use of a Counterfeit Access Device | |
| Proceeding: Arraignment | CJA Appt: |
| Bond/PTD Held: ☐ ☐ | Recommended Bond: |
| Bond Set at: STIP-$50,000 PSB | Co-signed by: |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

**Disposition:**
*Brady Order given on 1/24/24.*

***Defendant Arraigned***
*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:41:16                                    Time in Court: 1

s/Edwin G. Torres                                Chief Magistrate Judge