UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20051-JEM

**UNITED STATES OF AMERICA**
    **Plaintiff,**
**vs.**

**ALFRED LENORIS DAVIS,**
    **Defendant.**
_____/

## DEFENDANT'S EXHIBIT LIST

| PRESIDING JUDGE<br>The Honorable Jose E. Martinez | DEFENDANT'S ATTORNEY<br>Zeljka Bozanic<br>Humberto R. Dominguez | PLAINTIFF'S ATTORNEY<br>Jonathan Bailyn<br>Katie Sadlo |
|---|---|---|
| TRIAL DATE(S)<br>May 6, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| DEF. NO. | PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | A | | | | Brown's Background Check Documents for Cynthia Louis |
| | B | | | | 400 Sunny Isles Lease Documents |
| | C | | | | Marco Chico Purchase and Approval Documents |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 30, 2024, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
17100 Royal Palm Blvd., Suite 1
Weston, FL 33326
Telephone:    954.920.9750
Facsimile:     954.400.0335
E-Mail: Zeljka@bozaniclaw.com

/s/*Zeljka Bozanic*
By:_____
Zeljka Bozanic
Florida Bar No. 23707