UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALFRED LENORIS DAVIS,

    **Defendant.**
_____/

Case No. 24-CR-20051-JEM

**Government Exhibit List**

| Presiding Judge:  The Honorable Jose E. Martinez | | | | | AUSA:  Jonathan Bailyn  Katie Sadlo | Defendant's Attorney:  Zeljka Bozanic |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:  Mary Ann Casale | Courtroom Deputy:  Albert Del Toral |
| 01 | | | | | 400 Sunny Isles Lease Agreement (Unit 2004) | |
| 02 | | | | | 400 Sunny Isles Occupancy Approval (Unit 2004) | |
| 03 | | | | | Background Check (Unit 2004) | |
| 04 | | | | | 400 Sunny Isles COA Agreement (Unit 2004) | |
| 05 | | | | | 400 Sunny Isles COA Checks (Unit 2004) | |
| 06 | | | | | Background Check and Approval (Unit 903) | |
| 07 | | | | | 400 Sunny Isles COA Agreement (Unit 903) | |
| 08 | | | | | Check to 400 Sunny Isles (September 18, 2023) | |
| 09 | | | | | Davis FLHSMV (December 16, 2020) | |
| 10 | | | | | A.J.L. FLHSMV (December 2, 2016) | |
| 11 | | | | | Davis Vehicle Record | |
| 12 | | | | | Davis Birth Certificate | |
| 13 | | | | | Davis Conviction (SDFL, 04-cr-60024) | |
| 14 | | | | | 400 Sunny Isles (Exterior) | |
| 15 | | | | | Davis Conviction (Broward County, 10-007741-CF10) | |