UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20051-JEM

**UNITED STATES OF AMERICA**
       **Plaintiff,**
vs.

**ALFRED LENORIS DAVIS,**
       **Defendant.**
_____/

### DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, ALFRED DAVIS, by and through undersigned counsel, pursuant to Rule 32(f) of the Federal Rule of Criminal Procedure, and the Due Process Clause of the Fifth Amendment to the United States Constitution, respectfully files the Defendant's objections to the Pre-Sentence Investigation Report (PSI) and states:

1. The defendant objects to the alias section of the PSI referring to him as Alfred C. Davis. Mr. Davis does not recall ever using "C" as his middle initial.

2. Paragraphs 5 - 17

    Defendant objects and disputes the accuracy of the purported facts in the offense conduct section, ¶ 5 through 17.

None of the objections affect the calculation of the guidelines.

### CERTIFICATE OF SERVICE

I HEREBY certify that on July 8, 2024, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

                                                 Respectfully submitted,

BOZANIC LAW, P.A.
17100 Royal Palm Blvd., Suite 1
Weston, FL 33326
Telephone:     954.920.9750
Facsimile:     954.400.0335
E-Mail: Zeljka@bozaniclaw.com

By:_/s/*Zeljka Bozanic*_____
    Zeljka Bozanic
    Florida Bar No. 23707