UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITEDS STATES OF AMERICA
PLAINTIFF,

CASE NO.: 24-Cr-20051-JEM

VS.

ALFRED LENORIS DAVIS,
DEFENDANT.



_____/

## MOTION REQUESTING AUDIO OR VIDEO

MOTION REQUESTING AUDIO OR VIDEO OF THE OF THE TRIAL OF ALFRED LENORIS DAVIS V. THE

UNITED STATES on 03/25/2024, 03/26/2024, 07/11/2024, and 07/10/2024 and the clerks office

wherein we requested a copy of the Transcript on 07/10/2024. We want the video or the audio of the

Conversations.

ALFRED DAVIS

JAMES BUCKMAN
15020 S. RIVER DR.
MIAMI FL. 33167