UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-20051-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFRED LENORIS DAVIS,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR AUDIO OR VIDEO

**THIS CAUSE** came before the Court upon Defendant's Motion for Audio or Video [sic] ("Motion"), (ECF No. 84). Defendant seeks the "audio or video of the [c]onversations" from the court proceedings held on March 25, 2024, March 26, 2024, July 10, 2024, and July 11, 2024.

First, this Court notes that Defendant is represented by counsel. "Whenever a party has appeared by attorney, the party cannot thereafter appear or act on the party's own behalf in the action or proceeding, or take any step therein, unless an order of substitution shall first have been made by the Court, after notice to the attorney of such party, and to the opposite party." *Ruiz v. Wing*, 991 F.3d 1130, 1144 (11th Cir. 2021); *see* S.D. Fla. Local Rule 11(d)(4). Therefore, Defendant's attempt to file a *pro se* motion is in violation of the Local Rules. Second, there are no audio or video recordings of the court proceedings.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, (ECF No. 84), is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _7_ day of April 2025.

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record