(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:24-cr-20051-JEM

United States Of America

Plaintiff(s)

v.

Alfred Lenois Davis

Defendant(s)

FILED BY _____ D.C.
APR 16 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Motion For Request of Public Records
(TITLE OF DOCUMENT)

I, Alfred Lenoris Davis, plaintiff or defendant, in the above styled cause,

I am informing you that My Attorney in the above filed case was fired in the Month of February 2025. I requested public records of video and audio concerning my case. The records I requested for the Dates May 5th, 6th, and July 11, 2024. I also requested July 10th for the Clerk of the Court records and you denied me public access to those records. Stating that I have to have My attorney request those records. My response is my attorney Zeljka Bozanic is fired and I'm acting Pro-Se and I am asking for those records for the same dates Pro-Se. Thank you.

Certificate of Service

I __Alfred Lenoris Davis__, certify that on this date __4-16-2025__ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: __Alfred Lenoris Davis__
Printed or typed name of Filer

__Pro-Se__
Florida Bar Number

__(305) 904-5463__
Phone Number

__627 Southridge Rd__
Street Address

__Delray Beach, FL 33444__
City, State, Zip Code

Signature of Filer

__Ugabyah100@ICloud.com__
E-mail address

_____
Facsimile Number