UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 24-CR-20051-JEM

**UNITED STATES**,

v.

**ALFRED DAVIS,**

    **Defendant**.

_____/

## UNITED STATES' RESPONSE IN OPPPOSITION TO MOTION REQUESTING PUBLIC RECORDS

The defendant has filed a second pro se motion requesting audio or video of the trial. ECF No. 88. The Court should deny it. The first motion made the same request. ECF No. 84. The Court denied that motion because the defendant is represented by counsel and because no such audio or video exists. ECF No. 87. The second motion offers nothing new, apart from the defendant's continued misunderstanding of the record and his role in the proceedings.

The defendant is not proceeding pro se. He is represented by counsel, who is actively litigating his appeal in the Eleventh Circuit and argued the case on April 1, 2025—just two weeks before this motion was filed. *See United States v. Davis*, No. 24-12274 (11th Cir.). A represented party may not file pro se motions. *See* S.D. Fla. L.R. 11.1(d)(4); *Ruiz v. Wing*, 991 F.3d 1130, 1144 (11th Cir. 2021).

-2-

And, as the Court has already found, there is no audio or video of the trial. The proceedings were transcribed by a court reporter, and those transcripts are part of the appellate record.  Nothing further exists.

                HAYDEN P. O'BYRNE
                UNITED STATES ATTORNEY

BY:    /s/ Jonathan Bailyn
         Jonathan R. Bailyn, AUSA
         Court ID No. A5502602
         500 South Australian Ave, 4th Floor
         West Palm Beach, Florida 33401
         Phone: (561) 209-1050
         jonathan.bailyn@usdoj.gov